USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

BRITTANY PRIMAVERA
BPRIMAVERA@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM

**GORDON&REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 25, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re: *Kimberlee DePuy v. Offit Kurman, P.A. et al.*
       Case No. 1:23-cv-10961-MKV

Dear Judge Vyskocil:

  We represent defendants Offit Kurman, P.A., Aaron Bukowitz, Karla States, and Robert Skinner (collectively, the "Defendants") in the above-referenced action. With plaintiff's consent, we write pursuant to Your Honor's Rule 2(G) to request a first extension of thirty (30) days for the defendant to answer, move, or otherwise respond to the complaint. We have been engaged in discussions with plaintiff as to the potential for mediation and early resolution, and this additional time will allow the parties to complete these discussions. These mediation talks, as well as communications with this honorable Court, have been delayed due to an unexpected medical situation of the undersigned, which has required some absence.

  Accordingly, we respectfully request the Court extend defendants' time to answer, move, or otherwise respond to the complaint by thirty (30) days from the date of such order. The current deadline for defendant's response is March 25, 2024. This is defendants' first request for such relief and, as noted above, it is made with plaintiff's consent.

  We thank the Court for its consideration of this request.

                   Respectfully submitted,

                   GORDON & REES, LLP

                   /s/ *Hannah Kucine*
                   Brittany Primavera
                   Hannah Kucine

**Granted. SO ORDERED.**

Date: 3/25/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge