BRITTANY PRIMAVERA
BPRIMAVERA@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 9, 2024

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

> **Re:**   *Kimberlee DePuy v. Offit Kurman, P.A. et al.*
> Case No. 1:23-cv-10961-MKV

Dear Judge Vyskocil:

We represent defendants Offit Kurman, P.A., Aaron Bukowitz, Karla States, and Robert Skinner (collectively, the "Defendants") in the above-referenced action. We write jointly with plaintiff Kimberlee DePuy's ("Plaintiff") counsel to request that Plaintiff be permitted to amend her Complaint.

At Defendants' request, the Parties have discussed removal of a handful of specific names in the Complaint to replace them with general identifiers. The Parties are in agreement with the names Defendants have requested to be replaced by identifiers. The Parties further request that, once the Amended Complaint has been filed, the original Complaint in this action be sealed such that the identities of these individuals is no longer public. Defendants agree to consent in the future if Plaintiff seeks to further amend the Complaint.

As these changes do not alter the substance of the allegations, the Parties agree that the deadline to respond to the amended complaint should remain May 10, 2024 pursuant to this Honorable Court's order granting Defendants' request for extension to respond to the Complaint on April 26, 2024, or, should the Court rule on this letter on or after May 10, 2024, the Parties request that the deadline for Defendants to respond to the Complaint should be one business day after this request is denied or the Amended Complaint is filed.

We thank the Court for its consideration of this request.

Dated: New York, New York
    May 10, 2024

_____*s/Megan Goddard*_____

Dated: New York, New York
    May 10, 2024

_____*s/Hannah Kucine*_____

GODDARD LAW PLLC
Attorneys for Plaintiff
Megan S. Goddard, Esq.
Siobhan Klassen, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Office: (646) 964-1178
megan@goddardlawnyc.com
siobhan@goddardlawnyc.com
*Attorneys for Plaintiff*

GORDON REES
SCULLY MANSUKHANI, LLP
Brittany Primavera, Esq.
Hannah Kucine, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
mbeckman@grsm.com
hkucine@grsm.com
*Attorneys for Defendants*