```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLEE DEPUY,<br><br>                     Plaintiff,<br><br>-against-<br><br>OFFIT KURMAN, P.A., AARON BUKOWITZ,<br>ROBERT SKINNER, and KARLA STATES,<br><br>                     Defendants. | 1:23-cv-10961 (MKV)<br><br>**NOTICE OF INITIAL<br>PRETRIAL CONFERENCE** |

MARY KAY VYSKOCIL, United States District Judge:

The Court directs all parties to appear at a telephonic Initial Pretrial Conference on **July 10, 2024 at 2:00 PM**. To join the conference, the parties should dial (646) 453-4442 and use Conference ID 197 965 530#.

IT IS HEREBY ORDERED that the parties shall commence discovery, if not already commenced, including the exchange of initial disclosures, as set forth in Federal Rule of Civil Procedure 26.

IT IS FURTHER ORDERED that in advance of the Initial Pretrial Conference, and within 14 days of this Order, the parties shall confer to discuss the possibility of settlement for at least one hour.

IT IS FURTHER ORDERED that **on or before July 3, 2024** (one week before the conference) the parties shall file on ECF a Joint Letter and Proposed Case Management Plan, as described in the Court's Individual Rules of Practice in Civil Cases. The joint letter may not exceed 6 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendants in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

**Failure to comply with the Court's orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

**Date: May 15, 2024**
　　　　**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**