# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2024
```

July 1, 2024

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, New York 10007

      Re:    *Kimberlee DePuy v. Offit Kurman., et al.*
             Civ. No.: 1:23-cv-10961-MKV: Request to Adjourn Conference

Dear Judge Vyskocil:

      The undersigned represents Plaintiff Kimberlee DePuy ("Plaintiff"), in the above-referenced matter, and writes jointly with Defendants to request that the conference scheduled for July 10, 2024, be adjourned until the Parties have had an opportunity to participate in mediation. The Parties are in the process of selecting a mediator and date and believe that staying discovery will aid in the Parties' attempt to resolve the matter.

      We thank the Court for its time and attention to this matter.

                                    Respectfully submitted,

                                    GODDARD LAW PLLC

                                    /s/ Siobhan Klassen

                                    By: Siobhan Klassen, Esq.

---

**The conference scheduled for July 10, 2024 is hereby adjourned *sine die* pending the parties' anticipated mediation conference. Within 3 days of any mediation conference, the parties shall file on the docket a joint letter advising the Court of the status, not substance, of mediation. SO ORDERED.**

Date: 7/2/2024
New York, New York

                                    /s/ Mary Kay Vyskocil
                                    Mary Kay Vyskocil
                                    United States District Judge