USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLEE DEPUY,

                Plaintiff,

-against-

OFFIT KURMAN, P.A., AARON BUKOWITZ, ROBERT SKINNER, and KARLA STATES,

                Defendants.

1:23-cv-10961 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On July 2, 2024, the Court adjourned the conference scheduled for July 10, 2024 *sine die* due to the parties anticipated mediation conference. IT IS HEREBY ORDERED that the parties shall file on the docket a joint letter advising the Court on the status, not substance, of the mediation on or before November 8, 2024.

**SO ORDERED.**

**Date: October 25, 2024**
**New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**