USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2024

BRITTANY PRIMAVERA, ESQ.
BPRIMAVERA@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

November 8, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re: *Kimberlee DePuy v. Offit Kurman, P.A. et al.*
       Case No. 1:23-cv-10961-MKV

Dear Judge Vyskocil:

  We represent defendants Offit Kurman, P.A., Aaron Bukowitz, Karla States, and Robert Skinner (collectively, the "Defendants") in the above-referenced action. We write jointly with counsel for plaintiff to notify and advise you that the mediation in the above-referenced matter is scheduled for December 2, 2024 pursuant to Your Honor's October 26, 2024 Order [ECF 28]. The mediator in this matter will be Dina Jansenson, Esq., of JAMS New York Office.

  We thank the Court for its attention at this time.

Dated: New York, New York
    November 8, 2024

                     Respectfully Submitted,

**GORDON & REES LLP**

/s/_____

Brittany L. Primavera
*Attorneys for Defendants*
One Battery Park Plaza, 28th Floor
New York, New York 10004
Bprimavera@grsm.com
Hkucine@grsm.com

---

**It is HEREBY ORDERED that the parties shall submit a joint letter three days after the conclusion of the mediation advising the Court on the status of this action.
IT IS FURTHER ORDERED that in the event the parties reach settlement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), they shall prepare a joint letter explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable.**

Date: 11/11/2024
New York, New York

*[Signed] Mary Kay Vyskocil*
United States District Judge