# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

December 6, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, New York 10007

      Re:    *Kimberlee DePuy v. Offit Kurman., et al.*
               *Civ. No.: 1:23-cv-10961-MKV: Status Update*

Dear Judge Vyskocil:

      The undersigned represents Plaintiff Kimberlee DePuy ("Plaintiff"), in the above-referenced matter, and writes jointly with Defendants to provide a status update on mediation, pursuant to the Court's November 8, 2024, Order [Dkt. 30]. The parties attended mediation on Monday, December 2, 2024, but it was unsuccessful.

      We thank the Court for its time and attention to this matter.

                                             Respectfully submitted,

                                             GODDARD LAW PLLC

                                             */s/ Siobhan Klassen*

                                             By: Siobhan Klassen, Esq.

cc: All Counsel of Record (by ECF)