USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/3/2025__

BRITTANY PRIMAVERA
BPRIMAVERA@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM

**Gordon & Rees**
**Scully Mansukhani**
**Your 50 State Partner™**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 2, 2025

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      **Re:** *Kimberlee DePuy v. Offit Kurman, P.A. et al.*
            Case No. 1:23-cv-10961-MKV

Your Honor:

      We represent defendants Offit Kurman, P.A., Aaron Bukowitz, Karla States, and Robert Skinner (collectively, the "Defendants") in the above-referenced action. We write jointly pursuant Your Honor's Individual Civil Practices and Rule 2.G, and with the consent of Plaintiff's counsel, to respectfully request an adjournment of the initial pretrial conference in this matter, which is currently scheduled for January 9, 2025. The basis for this request is that counsel for Defendants have scheduling conflicts on that date. The parties have conferred and are available on January 23rd, or whichever other date the court is available. This represents the parties' first request and no other scheduled dates will be affected by this adjournment.

                              Respectfully submitted,

Dated: New York, New York
       January 2, 2025

*/s/Siobhan Klassen*_____
GODDARD LAW PLLC
Attorneys for Plaintiff
Megan S. Goddard, Esq.
Siobhan Klassen, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Office: (646) 964-1178
megan@goddardlawnyc.com

Dated: New York, New York
       January 2, 2025

*/s/Brittany Primavera*_____
GORDON REES
SCULLY MANSUKHANI, LLP
Brittany Primavera, Esq.
Hannah Kucine, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
bprimavera@grsm.com

[siobhan@goddardlawnyc.com](mailto:siobhan@goddardlawnyc.com)  *Attorneys for Plaintiff*

[hkucine@grsm.com](mailto:hkucine@grsm.com)  *Attorneys for Defendants*

> **The parties' joint request for an adjournment is DENIED as moot. The Court has already adjourned the Initial Pretrial Conference that was previously scheduled for January 9, 2025 at 3:30 PM to January 22, 2025 at 10:00 AM.** *See* **ECF No. 33.**
> **The Clerk of Court is respectfully requested to terminate ECF No. 34.**
>
> **SO ORDERED.**
>
> Date: 1/3/2025
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge