USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLEE DEPUY,

                Plaintiff,

-against-

OFFIT KURMAN, P.A., AARON BUKOWITZ, ROBERT SKINNER, and KARLA STATES,

                Defendants.

1:23-cv-10961 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties have reported that they have reached a settlement of this matter. [ECF No. 40]. The claims in this case include claims arising under the Fair Labor Standards Act. In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties are directed to file on or before **June 16, 2025** a joint letter with sufficient information to enable the Court to evaluate whether the settlement is fair and reasonable.

    The letter should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial). The joint letter should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information detailing the actual attorney's fees incurred. Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

IT IS HEREBY ORDERED that all deadlines in this action are ADJOUNRED *sine die*.

**SO ORDERED.**

**Date: May 19, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**