```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLEE DEPUY,

                Plaintiff,

-against-

OFFIT KURMAN, P.A., AARON BUKOWITZ, ROBERT SKINNER, and KARLA STATES,

                Defendants.

1:23-cv-10961(MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Post-Discovery Conference previously scheduled in this matter for July 8, 2025 at 11:30 AM is ADJOURNED *sine die*.

**SO ORDERED.**

Date:  **June 23, 2025**
        **New York, NY**

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**