UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLEE DEPUY,

                Plaintiff,

   -against-

OFFIT KURMAN, P.A., AARON BUKOWITZ,
ROBERT SKINNER, and KARLA STATES,

                Defendants.

Case No.:  1:23-cv-10961 (MKV)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

    IT IS HEREBY STIPULATED AND AGREED by plaintiff KIMBERLEE DEPUY ("Plaintiff"), and defendants OFFIT KURMAN P.A. ("Offit Kurman"), AARON BUKOWITZ, ROBERT SKINNER, and KARLA STATES (collectively, "Defendants"), by and through their respective and undersigned counsel, that the above-captioned action be, and hereby is, dismissed in its as to and all defendants and all causes of action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, as amended to include the Equal Pay Act, 29 U.S.C. §§ 206(d) *et seq.*, and any other wage-related statute with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs in connection with this action.

    The Parties jointly affirm that no part of the monetary settlement between the parties is allotted to alleged damages for any actual or alleged violation of the FLSA or Equal Pay Act, as the documentary evidence showed conclusively that no such violation existed. Specifically, though Plaintiff had a good faith belief that she had been paid less than her  male counterparts in the same job role, Defendants demonstrated to Plaintiff that she did not have any viable claim under the FLSA, Equal Pay Act, or any other wage related statute. Plaintiff understands that no part of the settlement reached with the Defendants is meant to compensate her for any alleged or actual

violation of the FLSA or Equal Pay Act, and she wishes to have her FLSA and Equal Pay Act claim dismissed with prejudice without any monetary compensation as after reviewing the pay evidence, Plaintiff agrees that she was paid equally.

Dated: June 27, 2025

GODDARD LAW PLLC
Attorneys for Plaintiff
Megan S. Goddard, Esq.
Siobhan Klassen, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Office: (646) 964-1178
megan@goddardlawnyc.com
siobhan@goddardlawnyc.com
*Attorneys for Plaintiff*

GORDON REES
SCULLY MANSUKHANI, LLP
Brittany Primavera, Esq.
Hannah Kucine, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
bprimavera@grsm.com
hkucine@grsm.com
*Attorneys for Defendants*